**E-filed 7/19/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE SCOTT,

            Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN,

            Defendants.
_____/

CASE No. 05-00275 JF

**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration      ❏ ENE      XX  Mediation

*(Use space below to provide any information regarding timing of session, preferred subject matter expertise of neutral, or other issues.)*

**Private Process:**

❏ Private ADR *(please identify process and provider)*

*(For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: July 1, 2005           /s/ Cassie Springer-Sullivan
                                                   Attorney for Plaintiff

Dated: July 1, 2005           /s/ Joanne Ryan
                                                   Attorney for Defendant

7/19/05 IT IS SO ORDERED.        Judge Jeremy Fogel /s/electronic signature
                                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION SELECTING ADR PROCESS

REV. 4/01