Teresa S. Renaker – CA State Bar No. 187800
Claire Kennedy-Wilkins – CA State Bar No. 231897
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
ckwilkins@lewisfeinberg.com
tsrenaker@lewisfeinberg.com

Attorneys for Plaintiff

Horace W. Green – CA State Bar No. 115699
Joanne M. Ryan – CA State Bar No. 199193
GREEN & HUMBERT
220 Montgomery Street, Ste. 438
San Francisco, CA 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127
horaceg@lifehealthlaw.com
joanner@lifehealthlaw.com

Attorneys for Defendants

\*\*E-filed 9/20/05\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN,<br><br>　　　　　Defendants | Case No. 05-00275 JF (PVT)<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　September 23, 2005<br>Time:　　　　10:30 A.M.<br>Courtroom:　3, 5th Floor<br>Judge:　　　Hon. Jeremy Fogel |

　　　The parties to the above-entitled action stipulate to continue the Case Management Conference scheduled in this case for September 23, 2005, to December 2, 2005 at 10:30 a.m. Continuing the Case Management Conference is necessary to enable the parties to attend court-sponsored mediation, scheduled for October 27, 2005, prior to the date of the Case Management

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
[CASE NO.05-00275 JF (PVT)]

PAGE 1

Conference, as directed by the Court.

Dated: September 14, 2005        /s/ Claire Kennedy-Wilkins
                                 Claire Kennedy-Wilkins

                                 LEWIS, FEINBERG,
                                 RENAKER & JACKSON, P.C.
                                 Attorneys for Plaintiff

Dated: September 14, 2005        /s/ Joanne M. Ryan
                                 Joanne M. Ryan

                                 GREEN & HUMBERT
                                 Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: September 14, 2005        /s/ Claire Kennedy-Wilkins
                                 Claire Kennedy-Wilkins

                                 LEWIS, FEINBERG,
                                 RENAKER & JACKSON, P.C.
                                 Attorneys for Plaintiff

## [PROPOSED] ORDER

Good cause appearing, the Court hereby continues the Case Management Conference currently scheduled in this case for September 23, 2005 at 10:30 a.m. to December 2, 2005 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: 9/20/05                   Jeremy Fogel /s/electronic signature authorized
                                 U.S. District Court Judge

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
[CASE NO.05-00275 JF (PVT)]

PAGE 2