Teresa S. Renaker – CA State Bar No. 187800
Claire Kennedy-Wilkins – CA State Bar No. 231897
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
ckwilkins@lewisfeinberg.com
tsrenaker@lewisfeinberg.com

Attorneys for Plaintiff

Horace W. Green – CA State Bar No. 115699
Joanne M. Ryan – CA State Bar No. 199193
GREEN & HUMBERT
220 Montgomery Street, Ste. 438
San Francisco, CA 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127
horaceg@lifehealthlaw.com
joanner@lifehealthlaw.com

Attorneys for Defendants

**E-filed 11/29/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN,<br><br>　　　　　Defendants | Case No. 05-00275 JF (PVT)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　December 2, 2005<br>Time:　　　　10:30 A.M.<br>Courtroom:　3, 5th Floor<br>Judge:　　　Hon. Jeremy Fogel |

　　　The parties to the above-entitled action stipulate to continue the Case Management Conference scheduled in this case for December 2, 2005 at 10:30 a.m. to January 20, 2006 at 10:30 a.m.  After attending court-sponsored mediation on October 27, 2005, the parties have continued to engage in settlement discussions facilitated by the mediator.  The parties have

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
[CASE NO.05-00275 JF (PVT)]

PAGE 1

already participated in two post-mediation conference calls with the mediator and are scheduling a third call next week. Continuing the Case Management Conference would enable the parties to complete their present attempt to settle the case prior to the date of the Case Management Conference.

Dated:  November 23, 2005                 /S/ Claire Kennedy-Wilkins
                                          Claire Kennedy-Wilkins

                                          LEWIS, FEINBERG,
                                          RENAKER & JACKSON, P.C.
                                          Attorneys for Plaintiff

Dated:  November 23, 2005                 /S/ Joanne M. Ryan
                                          Joanne M. Ryan

                                          GREEN & HUMBERT
                                          Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated:  November 23, 2005                 /S/ Claire Kennedy-Wilkins
                                          Claire Kennedy-Wilkins

                                          LEWIS, FEINBERG,
                                          RENAKER & JACKSON, P.C.
                                          Attorneys for Plaintiff

## [PROPOSED] ORDER

Good cause appearing, the Court hereby continues the Case Management Conference currently scheduled in this case for December 2, 2005 at 10:30 a.m. to January 20, 2006 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated:  11/29/05                          /s/electronic signature authorized
                                          JEREMY FOGEL
                                          U.S. District Court Judge

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
[CASE NO.05-00275 JF (PVT)]