**E-filed 2/28/06**

Teresa S. Renaker (SBN 187800)
Claire Kennedy-Wilkins (SBN 231897)
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Emails: trenaker@lewisfeinberg.com
        ckwilkins@lewisfeinberg.com

Attorneys for Plaintiff


Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Ste. 438
San Francisco, CA 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127
Emails:  horaceg@lifehealthlaw.com
         Joanner@lifehealthlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SCOTT, | Case No. C 05-00275 JF (PVT) |
| Plaintiff, | **STIPULATION CONTINUING HEARINGS ON MOTION FOR LEAVE TO CONDUCT DISCOVERY, MOTION FOR JUDGMENT ON THE PLEADINGS, AND CASE MANAGEMENT CONFERENCE; [proposed] ORDER** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN, | |
| Defendants. | |

Stipulation Continuing Hearings and Case Management Conference; [proposed] Order
Case No. C05-00275 JF (PVT)

1  Plaintiff Julie Scott ("Plaintiff") and Defendants Unum Life Insurance Company of
2  America and the Cisco Systems, Inc. Long Term Disability Plan (collectively,
3  "Defendants"), hereby stipulate that the hearing on Plaintiff's Motion for Leave to Conduct
4  Discovery and Defendants' Motion for Judgment on the Pleadings, both currently
5  scheduled for hearing on March 10, 2006, and the Case Management Conference,
6  currently set for March 17, 2006, all be continued to May 5, 2006 at 9:00 a.m.
7  The parties further stipulate to the following amended briefing schedule:
8  Last day for Plaintiff to file Opposition to Defendants' Motion for Judgment on the
9  Pleadings: April 14, 2006;
10 Last day for Plaintiff to file Reply Brief in support of Motion for Leave to Conduct
11 Discovery: April 21, 2006;
12 Last day for Defendants to file Reply Brief in support of Motion for Judgment on the
13 Pleadings: April 21, 2006;
14 Last day for the parties to file Joint Case Management Conference Statement: April
15 28, 2006.

DATE: February 22, 2006

GREEN & HUMBERT

By: /s/ Horace W. Green
HORACE W. GREEN

Attorneys for Defendants

DATE: February 22, 2006

LEWIS, FEINBERG,
RENAKER & JACKSON, P.C.

By: /s/ Claire Kennedy-Wilkins

Attorneys for Plaintiff

1
2  **ORDER**
3       **IT IS SO ORDERED.**
4
5  DATED:  2/28/06
6                                                    _____
7                                                    HON. JEREMY FOGEL
                                                     United States District Judge