\*\*E-filed 10/4/06\*\*

Teresa S. Renaker (SBN 187800)
Claire Kennedy-Wilkins (SBN 231897)
LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff

Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Ste. 438
San Francisco, CA 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SCOTT, | Case No. C 05-00275 JF (PVT) |
| Plaintiff, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR CROSS- MOTIONS FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE;** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN, | **[~~proposed~~] ORDER** |
| Defendants. | |

1  WHEREAS, a further Case Management Conference is set for October 6, 2006;

2  WHEREAS, the parties are prepared to file cross-motions for summary judgment;

3  WHEREAS, Plaintiff filed a Statement of Non-Opposition to Defendants' Motion for
4  Judgment on the Pleadings with Prejudice, therefore, no hearing is necessary;

5  THE PARTIES HEREBY STIPULATE to the following cross-motion for summary
6  judgment briefing schedule:

7  Defendants' motion for summary judgment (to be filed by): October 13, 2006

8  Plaintiff's motion for summary judgment and opposition: October 27, 2006

9  Defendants' opposition and reply: November 10, 2006

10  Plaintiff's reply: November 17, 2006

11  Hearing on cross-motions for summary judgment: December 1, 2006

12  THE PARTIES FURTHER STIPULATE that the Case Management Conference set
13  for October 6, 2006 be taken off calendar.

14  DATE: September 29, 2006
                                          LEWIS, FEINBERG, RENAKER &
15                                        JACKSON, P.C.

16
                                          By: /s/ Teresa S.Renaker
17                                             TERESA S. RENAKER
                                               CLAIRE KENNEDY-WILKINS
18
                                          Attorneys for Plaintiff
19
    DATE: September 29, 2006
20                                        GREEN & HUMBERT

21
                                          By: /s/ Joanne M. Ryan
22                                             HORACE W. GREEN
                                               JOANNE M. RYAN
23
                                          Attorneys for Defendants
24
    I hereby attest that I have on file all holograph signatures for any signatures
25
    indicated by a "conformed" signature (/s/) within this e-filed document.
26
    DATE: September 29, 2006              By:  /s/ Joanne M. Ryan
27

28

**ORDER**

IT IS HEREBY ORDERED that the parties shall file cross-motions for summary judgment as set forth above, the hearing on the cross-motions for summary judgment is set for December 1, 2006 at 9:00 a.m. and the Case Management Conference set for October 6, 2006 is off calendar.

DATED:     10/4/06

_____
JEREMY FOGEL
United States District Judge