1 | Horace W. Green (SBN 115699)
2 | Joanne M. Ryan (SBN 199193)
  | GREEN & HUMBERT
  | 220 Montgomery Street, Suite 438
3 | San Francisco, California  94104
  | Telephone:  (415) 837-5433
4 | Facsimile:   (415)  837-0127

**E-filed 10/4/06**

5 | Attorneys for Defendants
  | UNUM LIFE INSURANCE COMPANY OF
6 | AMERICA and CISCO SYSTEMS, INC. LONG
  | TERM DISABILITY PLAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE SCOTT, | Case No. C 05-00275 JF (PVT) |
| Plaintiff, | **[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and CISCO SYSTEMS, INC. LONG-TERM DISABILITY PLAN, | Date:   October 6, 2006<br>Time:   9:00 a.m.<br>Ctrm:   3, 5th Floor |
| Defendants. | Judge: Hon. Jeremy Fogel |

(Note: "Proposed" is shown with strikethrough)

---

[Proposed] Order Granting Defendants' Motion for Judgment on the Pleadings With Prejudice
Case No. C05-00275 JF (PVT)

1  The Motion of Defendants Unum Life Insurance Company of America and Cisco Systems, Inc. Long Term Disability Plan for judgment on the pleadings with respect to Plaintiff's Second Claim for Relief in the First Amended Complaint came on regularly for hearing before this Court on October 6, 2006.  Having reviewed the pleadings and papers filed herein, and having considered the arguments of counsel, and good cause therein, the Court hereby grants Defendants' motion with prejudice, on the grounds that the Second Claim for Relief fails to state a claim upon which relief can be granted, and judgment on this claim for relief may properly be entered under Rule 12(c), Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED:  10/4/06

_____
HON. JEREMY FOGEL
United States District Judge