1  Teresa S. Renaker – CA State Bar No. 187800
   Claire Kennedy-Wilkins – CA State Bar No. 231897
2  LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA  94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839
   ckwilkins@lewisfeinberg.com
5  tsrenaker@lewisfeinberg.com

**E-filed 12/19/06**

6  Attorneys for Plaintiff

7  Horace W. Green – CA State Bar No. 115699
   Joanne M. Ryan – CA State Bar No. 199193
8  GREEN & HUMBERT
   220 Montgomery Street, Ste. 438
9  San Francisco, CA 94104
   Telephone: (415) 837-5433
10 Facsimile: (415) 837-0127
   horaceg@lifehealthlaw.com
11 joanner@lifehealthlaw.com

12 Attorneys for Defendants

13              IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16 JULIE SCOTT,                       )
                                      )
17              Plaintiff,            )   Case No. 05-00275 JF (PVT)
                                      )
18       vs.                          )
                                      )   **STIPULATION AND [PROPOSED]**
19 UNUM LIFE INSURANCE COMPANY OF     )   **ORDER FOR EXTENSION OF TIME**
   AMERICA and CISCO SYSTEMS, INC.    )   **TO FILE MOTION FOR ATTORNEYS'**
20 LONG-TERM DISABILITY PLAN,         )   **FEES AND COSTS**
                                      )
21              Defendants            )
                                      )
22                                    )
                                      )
23 _____

24       WHEREAS, on December 7, 2006, the Court entered Judgment in this action, and

25       WHEREAS, the parties intend to file motions for attorneys' fees and costs of litigation

26 pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g), and

27       WHEREAS, pursuant to Civil Local Rule 54-6(a), the parties' motions are due to be filed

28
STIP. & PROPOSED ORDER FOR EXTENSION OF TIME TO FILE MTN. FOR ATTORNEYS' FEES
[CASE NO.05-00275 JF (PVT)]

PAGE 1

no later than December 21, 2006, and

WHEREAS, pursuant to Civil Local Rule 54-6(a), the parties are in the process of meeting and conferring for the purpose of resolving all disputed issues relating to attorneys' fees;

WHEREAS, the only other time modifications in the case were (1) a September 20, 2005 Stipulation and Order Continuing Case Management Conference; (2) a November 29, 2005, Stipulation and Order Continuing Case Management Conference; and (3) a February 28, 2006 Stipulation Continuing Hearings and Case Management Conference.

NOW, THEREFORE, it is hereby stipulated by and between the parties, through their respective counsel, that the time for filing a motion for attorneys' fees and costs shall be extended to January 26, 2006.  The parties' opposition briefs shall be due by February 9, 2007.  The parties' reply briefs shall be due by February 16, 2007.  The parties' motions shall be heard by this Court on March 2, 2007, or as soon thereafter as possible.

Dated: December 14, 2006                          Respectfully submitted,

                                          By:    /s/ Claire Kennedy-Wilkins
                                                 Claire Kennedy-Wilkins

                                                 LEWIS, FEINBERG,
                                                 RENAKER & JACKSON, P.C.

                                                 Attorneys for Plaintiff

Dated: December 14, 2006                          /s/ Horace W. Green
                                                 Horace W. Green
                                                 Joanne M. Ryan

                                                 GREEN & HUMBERT
                                                 Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: December 14, 2006                          /s/ Claire Kennedy-Wilkins
                                                 Claire Kennedy-Wilkins

STIP. & PROPOSED ORDER FOR EXTENSION OF TIME TO FILE MTN. FOR ATTORNEYS' FEES
[CASE NO.05-00275 JF (PVT)]

[~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation, and good cause appearing, the time for filing motions for attorneys' fees and costs is hereby extended to January 26, 2007. The parties' opposition briefs shall be due by February 9, 2007. The parties' reply briefs shall be due by February 16, 2007. The parties' motions shall be heard by this Court on March 2, 2007.

IT IS SO ORDERED.

Dated: 12/18/06

JEREMY FOGEL
U.S. District Court Judge